[No. 71424-4-I.  Division One.  September 14, 2015.]

CHERYL STREMKE ET AL., *Respondents*, v. FISHER & PAYKEL APPLIANCES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-22030-1, Mary E. Roberts, J., entered December 26, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Schindler, JJ.

[No. 71709-0-I.  Division One.  September 14, 2015.]

JESS NELSON, *Respondent*, v. MICHAEL ERICKSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-32720-3, Mary I. Yu, J., entered November 27, 2013 and March 3, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Becker and Trickey, JJ.

[No. 71749-9-I.  Division One.  September 14, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MITCHELL HENRY RAMM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-00937-1, Jeffrey M. Ramsdell, J., entered March 24, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Schindler, J.

[No. 71863-1-I.  Division One.  September 14, 2015.]

THE STATE OF WASHINGTON, *Appellant*, v. RANDY EUGENE SIMMS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01826-6, LeRoy McCullough, J., entered April 22, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, C.J., concurred in by Becker and Schindler, JJ.